**CRIMINAL COMPLAINT**
(Electronically Submitted)

| **United States District Court** | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Oscar ACUNA,**<br>DOB 1986; United States Citizen; | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>**20-07358MJ** |

Complaint for violations of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about May 12, 2020, at or near Tucson, in the District of Arizona, **Oscar ACUNA**, did knowingly and intentionally distribute less than 100 grams of heroin, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On May 13, 2020, Tucson Police Department (TPD), Counter Narcotics Alliance (CNA) responded to an overdose call of a 31-year-old female, M.C., at a residence in Tucson, Arizona. M.C. was found unresponsive and transported to a local hospital via ambulance where she was subsequently pronounced dead. CNA conducted an interview of M.C.'s boyfriend, who confirmed that M.C. had smoked half of a pill prior to M.C.'s overdose. M.C.'s boyfriend stated he purchased pills and heroin from an individual named "Oscar," later identified as Oscar ACUNA, at a hotel in Tucson. Officers located approximately 1.5 grams of suspected narcotics at the scene, which field-tested positive for the properties of heroin. Later on May 13, 2020, law enforcement executed a federal search warrant at a Tucson hotel room, which had been rented in Oscar ACUNA's name. The search resulted in the seizure of approximately 73 suspected fentanyl pills (approximately 25.54 grams with packaging), approximately 41.65 grams of suspected heroin (including packaging), a loaded Smith & Wesson M&P .40 Caliber Pistol, 117 rounds of .40 caliber ammunition, and two pistol magazines. The pistol was located next to and near the suspected narcotics. Field-testing of the suspected heroin returned positive results for the properties of heroin.

ACUNA agreed to speak with law enforcement after waiving his *Miranda* rights. During a post-*Miranda* interview, ACUNA admitted to selling two fentanyl pills and some heroin to M.C.'s boyfriend and that M.C. was present at the sale on May 12, 2020.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>   Being duly sworn, I declare that the foregoing is<br>   true and correct to the best of my knowledge.<br>SKH<br>AUTHORIZED AUSA *Stefani K. Hepford* | SIGNATURE OF COMPLAINANT<br>*/s/ Vint P. _____*<br>OFFICIAL TITLE<br>Special Agent Vincent P. Garcia, HSI |
|---|---|
| Sworn by telephone _____ | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*Jacqueline M. Rateau* | DATE<br>May 14, 2020 |

1) See Federal rules of Criminal Procedure Rules 3, 4.1, and 54